**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO: 10 B 28791 |
| Philip P. Hamel | CHAPTER 13 |
| Mary Beth Hamel | JUDGE TIMOTHY A. BARNES |
| DEBTORS | MORTGAGEE'S STATEMENT OF FINAL |
| CURE PAYMENT | |

### NOTICE OF FILING

**To:** Philip P. Hamel, 5917 W. 98th Street, Oak Lawn IL 60453

Mary Beth Hamel, 5917 W. 98th Street, Oak Lawn IL 60453

Geraci Law, LLC, 55 E. Monroe Street – Suite 3400, Chicago IL 60603

Marilyn O'Marshall, Chapter 13 Trustee
224 S. Michigan Ave. – Suite 800, Chicago IL 60604

PLEASE TAKE NOTICE THAT ON or about February 5, 2014, - through its attorneys, Law Offices of Robert M. Kamm, P.C., will file with the Clerk of the U.S. Bankruptcy Court, Northern District of Illinois, Eastern Division, its **RESPONSE TO NOTICE OF FINAL CURE**, a copy of which is attached hereto and herewith served upon you as notice of same.

By: _____
Law Offices of Robert M. Kamm, PC

### CERTIFICATE OF MAILING

I, ROBERT M. KAMM, an attorney, certify that I served a copy of the foregoing Notice on the parties to whom it is addressed by ordinary U.S. mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 5th day of February, 2014.

_____
Attorney

Law Offices of Robert M. Kamm, P.C.
17 N. State Street -- Suite 990
Chicago, IL 60602
312/726-9777